**DISMISS and Opinion Filed June 14, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00028-CV**

**RUBEN ALVAREZ, Appellant**

**V.**

**YVETTE ALVAREZ, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-04830**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by April 10, 2024. We later granted appellant's request for an extension of time to file his brief and ordered appellant to file his brief by April 22, 2024. By postcard dated April 25, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date,

appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Bill Pedersen, III/
_____
BILL PEDERSEN, III
JUSTICE

240028F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RUBEN ALVAREZ, Appellant

No. 05-24-00028-CV        V.

YVETTE ALVAREZ, Appellee

On Appeal from the 256th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-21-04830.
Opinion delivered by Justice Pedersen, III. Justices Partida-Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered June 14, 2024.